**Norris Wayne PRESTON, Respondent,**

v.

**Mary Helen PRESTON, Appellant.**

**No. WD 37268.**

Missouri Court of Appeals,
Western District.

April 22, 1986.

Kenneth V. Byrne, Jack J. Cavanagh, St. Louis, for appellant.

Wayne E. Schirmer, Moberly, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal in action for dissolution.

Judgment affirmed. Rule 84.16(b).